NATIONAL NASSAU BANK OF NEW YORK v. CLEARY. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by the National Nassau Bank of New York against James C. Cleary. No opinion. Application granted. Order signed.

NATIONAL ROOFING CO., Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by the National Roofing Company against the Erie Railroad Company.
PER CURIAM. Judgment affirmed, with costs.
KRUSE, P. J., dissents upon the grounds: (1) That under all the facts and circumstances there was a question of fact as to whether, at the time the goods arrived and were tendered by the railroad company and taken by the plaintiff, it was the owner and holder of the bill of lading and had title to the property; (2) that, if any amendment to the complaint was necessary, the trial court had ample power to allow the same.

NEUBURGER, Respondent, v. MICHELSOHN, Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Louis Neuburger against Meyer Michelsohn. B. S. Deutsch, of New York City, for appellant. D. Harrison, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

NEWMAN v. MONTROSE REALTY CO. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Kenneth C. Newman against the Montrose Realty Company. No opinion. Application denied with $10 costs. Order signed. See, also, 155 N. Y. Supp. 253.

In re NEWPORT AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 1, 1915.) In the matter of the application of the City of New York relative to acquiring title, etc., to Newport Avenue, etc.
PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, without costs.
THOMAS, J., not voting.

In re NEWPORT AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 1, 1915.) Appeal from Special Term, Queens County. In the matter of the application of the City of New York relative to acquiring title, etc., to Newport Avenue, etc. Application denied (77 Misc. Rep. 246, 135 N. Y. Supp. 708), and the City appeals. Judgment modified and affirmed.
PER CURIAM. Judgment modified, by substituting an order to the same effect, including costs, and, as modified, affirmed, with costs, on the opinion of Mr. Justice Crane at Special Term.
THOMAS, J., not voting.

NEWPORT REALTY CO. v. BACHMAN. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by the Newport Realty Company against Alfred C. Bachman. No opinion. Application denied, with $10 costs. Order signed.

NEW YORK CENT. & H. R. R. CO. v. GENERAL ELECTRIC CO. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) Action by the New York Central & Hudson River Railroad Company against the General Electric Company. No opinion. Motion granted. See, also, 167 App. Div. 726, 153 N. Y. Supp. 478.

NEW YORK CENT. & H. R. R. CO., Appellant, v. VILLAGE OF EAST SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by the New York Central & Hudson River Railroad Company against the Village of East Syracuse. No opinion. Order affirmed, with $10 costs and disbursements.

NEW YORK LIFE INS. CO. v. REED REALTY CO. et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by the New York Life Insurance Company against the Reed Realty Company and others. No opinion. Motion granted, with $10 costs. Order filed.

NICHOLS, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Addie L. Nichols against Libbie L. Smith, individually, etc.
PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied with $10 costs. Held, that the order bringing in the committee of Emma Smith, an incompetent person, and the administratrix of the estate of Loren D. Smith, deceased, as parties plaintiff with Addie L. Nichols individually, was unauthorized; said proposed parties plaintiff not being united in interest in the subject of the action. See, also, 164 App. Div. 304, 150 N. Y. Supp. 410.
KRUSE, P. J., dissents, and votes for affirmance.

NICHOLSON v. A. KLIPSTEIN & Co. et al. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) In the matter of the claim of Marie Nicholson for compensation for herself and three minor children against A. Klipstein & Co., employers, and the United States Fidelity & Guaranty Company, insurance carrier. No opinion. Award unanimously affirmed.

NICKERSON, Respondent, v. ELECTRO SILICON CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Wallace T. Nickerson against the Electro Silicon Company. No opinion. Motion to dismiss appeal denied, on condition that defendant perfect the appeal, place the case on the November calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

NIKOLA v. ROBERTS. (Supreme Court, Appellate Division, First Department. October

22, 1915.) Action by Edward Nikola against Duncan I. Roberts, as president, etc. No opinion. Application denied, with $10 costs. Order signed.

NOAH, Appellant, v. BOWERY SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Action by Ernestine Noah against the Bowery Savings Bank. I. H. Lehman, for appellant. C. W. Wickersham, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

NOLAN v. CRANFORD CO. et al. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Margaret Nolan for compensation for the death of William Nolan under the Workmen's Compensation Law (Consol. Laws, c. 67) against the Cranford Company, employer, and the Mutual Insurance Company of New York, insurer. No opinion. Award unanimously affirmed, upon the authority of Miller v. North Hudson Contracting Co., 166 App. Div. 343, 152 N. Y. Supp. 22.

NOLLER, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) Action of Alice Noller, as administratrix, etc., against the Erie Railroad Company.

PER CURIAM. Motion for reargument, or for leave to appeal to the Court of Appeals, denied, without costs. See, also, 154 N. Y. Supp. 1135.

MILLS, J., took no part.

NORDEN et al. v. GUARANTY TRUST CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Adolph E. Norden and others against the Guaranty Trust Company of New York. No opinion. Order affirmed, with $10 costs and disbursements, the date of the examination to be fixed in the order. Settle order on notice. See, also, 155 N. Y. Supp. 1128.

NORDEN et al., Respondents, v. GUARANTY TRUST CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Adolph E. Norden and others against the Guaranty Trust Company of New York. F. M. Patterson, of New York City, for appellant. E. L. Mooney, of New York City, for respondents. No opinion. Order modified, by allowing the examination of Max May, vice president, and John Bolinger, assistant manager, etc., without prejudice to an application of other officers of the defendant, if necessary, and, as so modified, affirmed, without costs. Settle order on notice. See, also, 155 N. Y. Supp. 1128.

NORTHERN INS. CO. OF NEW YORK, Respondent, v. BARGER, Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by the Northern Insurance Company of New York against Oscar V. Barger. L. F. Crumb, of Peekskill, for appellant. L. Levy, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re NOVELLA (two cases). (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) In the matter of the applications of Michelena Novella to revoke and cancel liquor tax certificates Nos. 15906 and 15990, issued to Patrick J. Uvanni. No opinions. Motion granted, and appeal in each proceeding dismissed, with costs.

In re OATES' WILL. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) In the matter of proving the last will and testament of Mary Oates, deceased. No opinion. Motion granted, on condition that appellant perfect the appeal, place the case on the December calendar, and be ready for argument when reached; otherwise, motion denied, with $10 costs. See, also, 163 App. Div. 919, 148 N. Y. Supp. 1133.

O'BRIEN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by James F. O'Brien against the City of New York. No opinion. Motion granted; question certified. Order filed.

O'BRIEN, Appellant, v. KOWAL, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Matthew O'Brien against Samuel Kowal. No opinion. Order affirmed, with $10 costs and disbursements.

OCEANIC INVESTING CO. v. RODEL et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by the Oceanic Investing Company against Rudolph A. Rodel, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 150 N. Y. Supp. 1100; 155 N. Y. Supp. 1128.

OCEANIC INVESTING CO., Respondent, v. RODEL, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by the Oceanic Investing Company against Rudolph A. Rodel, impleaded with others. F. Bien, of New York City, for appellant. H. M. Bellinger, Jr., of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 155 N. Y. Supp. 1128.

O'CONNOR v. POST & McCORD. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Catherine O'Connor against Post & McCord. No opinion. Motion granted, with $10 costs. Order filed.

O'CONNOR v. POST & McCORD. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Edward E. O'Connor against Post & McCord. No opin-